AO 442 (Rev. 11/11) Arrest Warrant

**FILED**
10:03 am Oct 22 2024
Clerk U.S. District Court
Northern District of Ohio
Cleveland

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Jeffrey Newcomb

*Defendant*

OHND Case No. 1:24 MJ 4179

Case: 1:24-mj-00334
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 10/21/2024
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Jeffrey Newcomb_____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. §§ 111(a)(1), 111(b)(1), 2 - Assaulting/Resisting/Impeding a Federal Officer While Using or Carrying a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(1) - Entering or Remaining in any Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds.

Date: 10/21/2024

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*